In The 71st District Court of Harrison County Texas

Joshua Westberry
SO# 16-1087 Pro Se
Vs
State of Texas

Filed this 8th day of December 2023

I come forth to this Honorable court to file a WRIT of Habeas Corpus. It is my understanding that Habeas Corpus relief is established by showing evidence of clear abuse. I feel that the Trial Court has shown evidence of clear abuse and has acted without reference to any guiding principles or rules. I feel that the court has not followed proper guidelines as clearly laid out in the Texas Mental Retardation Act. 46.B 103(b) or by the Texas Health and Safety code. ANN. 571.001 - 578.008. It has been determined by Dr. Alan, the State psychologist, on several different occasions that I'm incompetant and will never be found competant to stand trial or competant enough to understand what I signed when my public defender (Scott Rectenwald) had me sign probation paperwork. I've been to two (2) State hospitals and awaiting a bed for a third (3rd) hospital stay. Dr. Alan also determined that I was no risk to the public, only to myself because of being gullible. I feel that my constitutional rights have been violated. I've been incarcerated close to 7 years now (jailed originally Nov 2016 with 7 months at home on probobation). By sending me to another state hospital I feel

1 of 2

that my 5th ~~Adm~~ Amendment is in question of being violated. Also, I feel that collateral estoppel is being undermined. Futhermore, it is this courts duty in habeas corpus cases such as this not to enter declaratory judgement but is confined to a determination of whether the restraint and imprisonment are illegal. Due to the unique nature of the remedy, habeas corpus relief is underscored by fairness and equity, is seen Drake, 883 S.W. 2d at 215. So I ask that this Honorable court grant my Writ of Habeas Corpus relief and grant me immediate discharge for the reasons outlined above. I have a slight to moderate determination of mental retardation that can be treated in an out patient facility considering I'm not a risk to the public.

witness: Lancer W Stokes
Lancer W

Sincerly,
Joshua W. Westberry
X Joshua westberry

2 of 2

II. PLACE OF PRESENT CONFINEMENT: Harrison County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?    ✓ YES    ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Joshua Westberry P.O. drawer R Marshall TX Harrison Jail

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Brad Morin, County Judge, Harrison County Marshall TX
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Did not offer proper MHMR counsel, allowed Scott Rectenwald

Defendant #2: B.J. Fletcher Sheriff Harrison County
Was the superior of jailer who needlessly broke my shoulder
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: Scott Rectenwald, Attorney Marshall TX 100 W Fannin St Marshall TX 75670
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Forced me to sign for probation under duress

Defendant #4: 
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: 
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

Page 3, Part IV, B, Defendant #1

to allow me to sign for probation under duress, did not have me reevaluated when I returned from my first trip to a mental facility, allowed his court to trample over more than one of my constitutional rights, did not follow proper procedures relating to MHMR laws, rights etc

Defendant #3

did not follow proper MHMR procedures, protocol, laws etc. did not have an investigator look into case, was ineffective counsel for this type of case due to my MHMR and incompetentcy

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Multiple rights of mine were violated due to my MHMR and being incompetent. The judges, DAs AND even my attorneys allowed me to be incarcerated for longer than the law legally allows.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Relief through habeas corpus

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Joshua Warren Westberry

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

S.O. 161087

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES _/_NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that imposed sanctions (if federal, give the district and division):_____
 2. Case number:_____
 3. Approximate date sanctions were imposed:_____
 4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

4

Joshua Westbrook 161087
Harrison Co Jail
P.O drawer-R
Marshall, tx 75670

SHREVEPORT LA 710
17 AUG 2024 PM 2 L

U.S district Texas 75670
Marshall Texas 75670
100 east houston street
room 125
eastern district of texas
united states district court